# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT FOR ILLINOIS

| | |
|---|---|
| **Power Vanguard Ltd., Brian Pannkuk, Jordan Robinson, Paul Lagudi, Patricia Benvenuto, OE Technical Services, Courtney May, and Werner Stapelfeldt,**<br><br>Plaintiffs,<br><br>vs.<br><br>**Russell R. Wasendorf, Sr., Russell R. Wasendorf, Jr., Neil J. Aslin, Brenda Cuypers, Susan O'Meara, Veraja-Snelling Company, Jeannie Veraja-Snelling, and John Does 1-10,**<br><br>Defendants. | Civil Action No: 12-cv-05727<br><br>Hon. Joan B. Gotschall |

## NOTICE OF VOLUNTARY WITHDRAWAL OF MOTION

Plaintiffs, by and through their counsel, Michael H. Moirano and Claire Gorman Kenny, hereby voluntarily withdraw their Motion For Reassignment of Related Case (Docket #6), without prejudice.

                                            **/s/** Claire Gorman Kenny
                                            One of Plaintiff's attorneys

Michael H. Moirano
Claire Gorman-Kenny
Nisen & Elliott
200 West Adams Street, Suite 2500
Chicago, Illinois 60606
(312)346-7800